15

United States District Court
Southern District of Texas
ENTERED
AUG 0 3 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 31 1998
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN GABRIEL CISNEROS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-168 |
| | § | CIVIL ACTION NO. B-96-196 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

The above referenced cases, after having been consolidated under cause number B-96-168, were DISMISSED pursuant to an ORDER issued by this Court on March 26, 1997, adopting the Magistrate Judge's Report and Recommendation. Subsequently, the Petitioner applied for a Certificate of Appealability, which this Court DENIED. The Petitioner appealed the Denial and was again Denied relief by the United States Court of Appeals for the Fifth Circuit on February 20, 1998.

Accordingly, it is ORDERED, ADJUDGED and DECREED that this case should be and is hereby DISMISSED. Moreover, any and all pending motions filed in this cause are rendered moot as a result of the Dismissal ordered herein.

It is so ORDERED.

Done this 31st day of July, 1998, at Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge