

United States District Court
Southern District of Texas
ENTERED

NOV 05 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| JUAN G. CISNEROS, et al., | § § § | CIVIL ACTION NO. B-96-168<br>CRIMINAL NO. B-94-181-S1 |
| vs. | § § § | CIVIL ACTION NO. B-96-196<br>CRIMINAL NO H-95-196-S1 |
| UNITED STATES OF AMERICA | § | |

### ORDER

Pending before this Court is Plaintiffs' Motion for Reconsideration. Having considered Plaintiffs' arguments and authorities, the Court is of the opinion that no meritorious basis for granting said Motion has been raised.

IT IS THEREFORE **ORDERED** that said Motion be **DENIED**.

DONE in Brownsville, Texas on this 30th day of October 1998.

_____
Filemon B. Vela
United States District Judge